# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50531
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 26, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ELIJAH EMMANUEL DICKERSON,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:17-CR-237-1

Before REAVLEY, ELROD, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Elijah Emmanuel Dickerson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dickerson's motion for leave to file an out-of-time response is GRANTED, and he has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Dickerson's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50531

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.